IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOSHUA MATTHEW WADE** | **Case No. 5:25-mj-00020**<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Andrew C. Hayden, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI"), United States Department of Homeland Security ("DHS"). I have been a SA with HSI since 2017. I am a graduate of the Criminal Investigations Training Program ("CITP") and the Homeland Security Investigations Special Agent Training Program ("HSISAT") at the Federal Law Enforcement Training Center at Glynco, Georgia. Prior to my employment with HSI, I was the Chief Criminal Investigator for the Missouri Bureau of Narcotics and Dangerous Drugs and a Criminal Investigator for the Missouri Department of Corrections. I have a master's degree in Homeland Security with a primary emphasis in Criminal Justice. My duties as a SA include, but are not limited to, the investigation and enforcement of Titles 8, 18, 19, 21 and 31 of the United States Code.

2. As a part of my daily duties with HSI, I investigate criminal violations relating to child exploitation and child pornography, as defined by 18 U.S.C. § 2256(8) (hereinafter referred to as "child sexual abuse material" or "CSAM"), including violations pertaining to the illegal production, distribution, receipt, and possession of CSAM, in violation of 18 U.S.C. §§ 2251,

2252, and 2252A. I have received training in the area of CSAM and have had the opportunity to observe and review examples of CSAM (as defined in the federal definition of child pornography at 18 U.S.C. § 2256(8)) in all forms of media, including computer and phone media. I have participated in multiple enforcement operations which have involved CSAM offenses.

3. The statements contained in this affidavit are based upon my personal knowledge, as well as information provided to me by Electronic Service Providers ("ESPs") and the National Center for Missing and Exploited Children ("NCMEC"). All observations not personally made were related to me either by the individuals who made them or by my review of the records, documents, and other physical evidence obtained during the investigation.

4. This affidavit is made solely for the limited purpose of setting forth probable cause to believe that Joshua Matthew Wade ("**WADE**") transported child pornography, in violation of 18 U.S.C. § 2252A(a)(1), and is not intended to include each fact and matter observed by me or known to the United States.

5. On November 11, 2024, "NCMEC" received CyberTip 202190662, which was forwarded to HSI Charleston, West Virginia, for investigation. According to the CyberTip, Dropbox account 143354328 (associated email address jwade9140@gmail.com) uploaded 713 files suspected to contain CSAM. Dropbox viewed all the files in their entirety and categorized the files as follows: 547 Category A1 files (a sex act involving a prepubescent minor); 148 Category A2 files (lascivious exhibition of a prepubescent minor); 14 Category B1 files (a sex act involving a pubescent minor); and 2 Category B2 files (lascivious exhibition of a pubescent minor).

6. Dropbox listed the incident date and time as November 10, 2024, at 06:15:13 Coordinated Universal Time ("UTC"). Dropbox provided a user login from IP address

166.182.85.186 on November 11, 2024, at 05:44:35 UTC. The IP address was associated with US Cellular.

    7.    On November 14, 2024, NCMEC received CyberTip 202348887, which was forwarded to HSI Charleston, West Virginia, for investigation. According to the CyberTip, Dropbox provided details of the upload of an additional file suspected to contain category A1 CSAM. Dropbox viewed the file in its entirety. The file was uploaded by Dropbox account 143354328 (associated email address jwade9140@gmail.com) on November 13, 2024, at 17:21:03 UTC. Dropbox provided a user login from IP address 166.182.85.186 on November 11, 2024, at 05:44.35 UTC.

    8.    On March 5, 2025, I reviewed a sample of the files uploaded to the Dropbox account, according to the CyberTips provided to NCMEC by Dropbox. Specifically, I reviewed the following:

    a. Filename **9yr boy profesor folla nene kiere aprobar examen (1)** contained an approximately 49-second-long video of a nude prepubescent male ("MV1") lying on his back with his legs raised and his penis and anus exposed to the camera. At approximately 21 seconds into the video, an unidentified adult male ("UM1") inserted his erect penis into MV1's anus. UM1 continued to penetrate MV1's anus for the duration of the video.

    b. Filename **10_takes_dad** contained an approximately 14-second-long video of a nude prepubescent male ("MV2") lying on his back with legs raised and his penis and anus exposed to the camera. At approximately 3 seconds into the video, an unidentified adult male ("UM2") inserted his erect penis into MV2's anus. UM2 continued to penetrate MV2's anus for the duration of the video.

3

    c.   Filename **2015-06-30 22.20.49** contained an approximately 57-second-long video of an unidentified adult male ("UM3") anally penetrating a nude prepubescent male ("MV3") who appeared to be below school age. The video contained several clips of an adult male anally penetrating a nude prepubescent male in different locations; it was unclear whether each clip contained UM3 and MV3 or if they were different males with different minor victims.

    d.   Filename **2015-07-14 21.56.27** contained an approximately 53-second-long video of a nude prepubescent female ("MV4") grasping an unidentified adult male's ("UM4") erect penis. UM4 inserted his erect penis into MV4's mouth prior to ejaculating on MV4 at approximately 26 seconds into the video. MV4 was wearing what appeared to be a gold necklace. MV4 appeared to be sitting on a brown or gold futon-style couch.

9.    Based upon a review of the thumbnails, the files uploaded to the Dropbox account contained hundreds of videos and images similar to those previously described. The files contained numerous prepubescent females and males, as well possible preteen-age minor males and females involved in sex acts.

10.    On or about January 22, 2025, HSI Charleston, West Virginia, Criminal Analysts utilized real time, open-source information analysis to identify accounts associated with email address jwade9140@gmail.com (i.e., the email address associated with the Dropbox account identified in the CyberTips) and the username jwade9140. The email address was associated with the following accounts: Google ID Joshua "Jay" Wade, 114990229899664872167; Pandora account jwade9140, which was linked to Facebook account jay.wade.712, 100001535581152; Yelp account Joshua W, pRMJAe94rtf; Skype account Joshua Wade, jwade9140, with a location

listed as Frankford, Greenbrier County, West Virginia; Flickr account Joshua Wade, jwade9140, 186123060; Pornhub account jwade9140, with a location listed as Lewisburg, Greenbrier County, West Virginia; and OnlyFans account Jay Wade, jwade9140, with a location listed as Lewisburg, Greenbrier County, West Virginia.

11. Shortly thereafter, I conducted a search of public records and the National Crime Information Center ("NCIC") database and identified Joshua Matthew Wade (i.e., **WADE**) of Lewisburg, Greenbrier County, West Virginia.

12. On March 10, 2025, I received information from Dropbox pursuant to an administrative subpoena. According to Dropbox, the Dropbox account associated with the CyberTips was subscribed to **WADE**. The account was created on February 8, 2013, at 06:32:21 UTC and was listed as "disabled" as of the date of the response from Dropbox. Dropbox provided IP logs from 2013 through November 2024. The most recent IP log was from November 11, 2024, at 05:45:06 UTC from IP address 166.182.85.186, the same US Cellular IP address associated with the CyberTips.

13. On March 19, 2025, I received information from Google, LLC ("Google") pursuant to an administrative subpoena. According to Google, **WADE** was the subscriber of the email address "jwade9140@gmail.com" (i.e., the email address associated with the CyberTips). The account was created on February 3, 2012, at 06:44:09 UTC from IP address 70.100.196.114. The account was last logged into from IP address 64.203.142.186 on March 4, 2025, at 12:13:42 UTC. The account's recovery email address was "jwade9140@outlook.com," and the recovery telephone number was a phone number that traced to **WADE**. Google also provided the device identifiers for two Samsung cellular telephones and a Samsung wearable device that had used the account.

5

14. The response from Google also included financial and billing information associated with the account. **WADE** was listed as the billing customer. Account billing was linked to several different financial instruments, which included multiple credit cards with **WADE** as the account holder. On February 4, 2025, the billing information was changed from "Joshua Wade, Wade Tactical, 121 Lilac Lane, Lewisburg, West Virginia 24901" to "Munged, West Virginia, Munged United States." I do not believe Munged, West Virginia, is a real place. Based on my training and experience, I know that the term "mung" or "munged" is a computer term for manipulating computer data.

15. A review of the associated transactions list for the account showed that **WADE** had purchased a NordVPN subscription on March 6, 2025, and home security cameras on November 25, 2024. Based on my training and experience, the payments to NordVPN indicate the use of a Virtual Private Network ("VPN"), which would prevent IP addresses from being logged from the **SUBJECT PREMISES**. In my training and experience, people often use VPNs and the privacy they provide to conceal their online activity.

16. Open-source information showed the IP address 64.203.142.186 (i.e., the IP address corresponding to the last login to the Google account) was provided by Segra and geolocated to Lewisburg, Greenbrier County, West Virginia. I received information from Segra pursuant to an administrative subpoena, which showed the IP address was subscribed to Harvia US, Inc. of Lewisburg, Greenbrier County, West Virginia. According to West Virginia employment records, **WADE** was employed by Harvia US, Inc. at its Lewisburg location between 2021 and 2024.

17. On or about March 26, 2025, I applied for and obtained a federal search warrant for **WADE**'s Dropbox account. In response to the search warrant, Dropbox provided a folder titled

"*143354328*," which contained additional subfolders labeled "*Deleted Files*" and "*File Data.*" Located within the "*Deleted Files*" folder was an additional folder titled "*Deleted Files of NS 230184481*." That folder contained multiple folders titled as follows: "*12 and down*," "*86 videos copied on July 1, 2016*," "*Camera Uploads (1)*," "*camera uploads (1)(1)*," "*Girls*," "*Girls Teen*," "*Happygirls*," "*Jb gal*," "*Kids*," "*lesb*," "*Lol*," "*Me*," "*misc2*," "*mommy*," "*MP4*," "*Nasty Girl*," "*New for you*," "*Nudes*," "*pasta p1*," "*prive*," "*sex vids*," "*solo girls*," "*Some stuff (1)*," "*Squirt*," "*Stuff*," "*tk*," "*vid*," "*Videos cortos*," and "*vids (1)*." The same folder also contained a file titled "**914_porno infantile – nina de 6 anos follada (pthc)(2)5(2)**," which contained an approximately 1-minute-long video of a prepubescent female ("MV5") grasping an unidentified adult male's ("UM5") erect penis. At approximately 28 seconds into the video, UM5 inserted his erect penis into MV5's vagina. UM5 continued to penetrate MV5's vagina for the duration of the video.

18. A review of the thumbnails in all folders showed that nearly every folder contained CSAM, including videos and images depicting infants and toddlers, as well as images depicting bestiality. The following are examples of items contained within the folders:

   a. The folder labeled "12 and down" contained numerous videos of adults engaged in sex acts with prepubescent females, as well as possible middle school-aged females.

   b. The folder labeled "86 videos copied July 1, 2016" contained numerous videos of adult males engaged in sex acts with prepubescent males, as well as prepubescent males engaged in solo sex acts.

   c. The folder labeled "Camera Uploads (1)" contained numerous videos of adults engaged in sex acts with prepubescent females and pubescent females, including videos involving toddlers and/or infants. The folder also contained numerous videos of nude prepubescent and pubescent females.

    d. The folder labeled "camera uploads (1)(1)" contained numerous videos and still images of age-difficult nude pubescent females, some of whom were engaged in sex acts.

19. An analysis conducted by HSI Computer Forensic Analyst ("CFA") Leland Pickering showed that the deleted files contained approximately 4,438 videos and/or images, and over 3,000 of those files depicted CSAM.

20. Also included in the information provided by Dropbox was a folder titled "File Data." That folder contained the subfolders "Disabled Dropbox Backup," "Dropbox Backup," and "Dropbox Folder." Only the folder titled "Dropbox Folder" contained any contents, which included a folder labeled "Camera Uploads" that contained the following:

    a. Numerous photographs of an individual who appeared to be **WADE**;

    b. An image of a document titled "Greenbrier Valley-WorkForce WV" that was filled out with **WADE**'s name and contact information, including the email address jwade9140@gmail.com;

    c. An image of a SanDisk Ultra microSDXC;

    d. Three images of an expired West Virginia Non-Operator ID Card, which contained **WADE's** photograph and biographical information;

    e. An image of a Toshiba portable hard drive;

    f. An image of a white Samsung Galaxy S4 cellular telephone provided by US Cellular;

    g. An image of a Samsung Galaxy Gear watch; and

    h. An image of a white piece of paper with the writing "Wi-Fi db5a9e0b19d10b145c40."

21. Based on my training and experience, I respectfully submit to the Court that probable cause exists to believe that on or about November 10, 2024, while located at or near Lewisburg, Greenbrier County, West Virginia, and within the Southern District of West Virginia, **WADE** transported child pornography, in violation of 18 U.S.C. § 2252A(a)(1).

Further your Affiant sayeth naught.

_____
Andrew C. Hayden, Special Agent
Homeland Security Investigations

Sworn to by the Affiant telephonically in accordance with the procedures of Rule 4.1 this 8th day of July, 2025.

_____
Omar J. Aboulhosn
United States Magistrate Judge